# File Hashes for IP Address 71.237.22.86

**ISP:** Comcast Cable
**Physical Location:** Morrison, CO

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 08/03/2013 16:54:06 | 4C942F502D806862ADB69D416BD7CE748A74E9E0 | Bad Girls |
| 08/02/2013 23:30:48 | 9F9DC5FE1EABB3825B39C5D245EE59F0E116F1BB | Anneli Dream Girl |
| 08/02/2013 18:42:06 | 3F7C7C4F47D37B4E8909311852C7D0E36BE5F566 | Dreams Do Come True |
| 07/20/2013 20:19:25 | BA23078533CCBE4BCF265D99A9E6DE3420120683 | One Night Stand |
| 07/20/2013 19:39:08 | 3EB13BD996192F2EC399931FF47FAA0FE69284C1 | Featherlight |
| 07/20/2013 18:41:46 | B1431D85778B133C46F3522891D5920AF04F370A | First Love |
| 07/20/2013 18:04:27 | 229D233BDEBFCB6186E189C9B1B9FB3951855745 | After Hours |
| 07/20/2013 17:33:36 | 0260EBD4C4ABA9E3288657263F8958884A130F5E | I Love X Art |
| 07/20/2013 16:08:44 | BBA334C79959B8C3EBCDD5647866DF199AE6D22E | Going Strong |
| 07/20/2013 15:53:14 | DF55C4415BD1DDB2DAE91139804053B35B33BBA1 | Morning Memories |
| 07/20/2013 10:50:20 | E18C300FB1843F706CBB66DD23165FB7232E0D76 | Snow White and the Prince |
| 07/20/2013 10:19:13 | B5A57CD035598D39FD3552354C196C2CD9EB1E35 | Red Satin |
| 07/20/2013 07:49:21 | 9E9C8BE4A0A9EAB6F72B1C7AC986C2C93C489AD9 | Rose Petals |
| 07/20/2013 07:11:28 | 3D937C124236B90908D5EFC26E0B1E8CE70C74C3 | Pool Party For Three |
| 07/20/2013 06:33:01 | 6BA1E888B0A277770FECB22BCAB0AB56F8CD8742 | Working Out Together |
| 07/20/2013 04:17:43 | B9FEB049859ABFD26080D87A94FD86B89504A2FA | Wild at Heart |
| 07/20/2013 03:45:38 | 01C3F5A9A648D925AA5B58D183DCFD1B94AE481B | Meet Me in Madrid |
| 07/20/2013 03:02:34 | 2B357AE556FA53AA689999F438FA241C631AD00A | The Dorm |
| 07/20/2013 01:33:21 | 59448198C43090645093E37289900D8EBB4D4D04 | Veronica Wet Orgasm |
| 07/19/2013 22:52:46 | E97A8AEF76520AA7ABB728A9146F80675DA1EC95 | Getting Down |

**Total Statutory Claims Against Defendant: 20**

EXHIBIT A

CO222