**Copyrights-In-Suit for IP Address 71.237.22.86**

**ISP:** Comcast Cable
**Location:** Morrison, CO

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| After Hours | PA0001780461 | 11/21/2011 | 03/10/2012 | 07/20/2013 |
| Anneli Dream Girl | PA0001769489 | 12/19/2011 | 01/04/2012 | 08/02/2013 |
| Bad Girls | PA0001847661 | 06/07/2013 | 06/17/2013 | 08/03/2013 |
| Dreams Do Come True | PA0001851979 | 06/26/2013 | 06/27/2013 | 08/02/2013 |
| Featherlight | PA0001834618 | 04/02/2013 | 04/12/2013 | 07/20/2013 |
| First Love | PA0001806476 | 09/05/2012 | 09/25/2012 | 07/20/2013 |
| Getting Down | PA0001838601 | 04/25/2013 | 04/14/2013 | 07/19/2013 |
| Going Strong | PENDING | 07/06/2013 | 07/12/2013 | 07/20/2013 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 07/20/2013 |
| Meet Me in Madrid | PA0001847658 | 06/12/2013 | 06/30/2013 | 07/20/2013 |
| Morning Memories | PA0001806469 | 09/10/2012 | 09/19/2012 | 07/20/2013 |
| One Night Stand | PA0001794973 | 05/02/2012 | 05/02/2012 | 07/20/2013 |
| Pool Party For Three | PENDING | 07/13/2013 | 07/20/2013 | 07/20/2013 |
| Red Satin | PA0001828892 | 03/06/2013 | 03/12/2013 | 07/20/2013 |
| Rose Petals | PA0001838598 | 04/17/2013 | 04/28/2013 | 07/20/2013 |
| Snow White and the Prince | PA0001846095 | 05/22/2013 | 06/17/2013 | 07/20/2013 |
| The Dorm | PA0001780468 | 09/28/2011 | 03/10/2012 | 07/20/2013 |
| Veronica Wet Orgasm | PA0001762412 | 10/05/2011 | 11/23/2011 | 07/20/2013 |
| Wild at Heart | PA0001785969 | 04/08/2012 | 04/09/2012 | 07/20/2013 |
| Working Out Together | PA0001824841 | 01/30/2013 | 02/07/2013 | 07/20/2013 |

**Total Malibu Media, LLC Copyrights Infringed:  20**

EXHIBIT B

CO222