## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-02385-WYD

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOE subscriber assigned IP
address 71.237.22.86,

      Defendant.

_____/

### NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT

      PLEASE TAKE NOTICE, pursuant to Rule 7.1, Plaintiff does not have a parent

corporation nor a publically held corporation that owns more than 10% of its stock.

      Dated:  September 4, 2013

                            Respectfully submitted,

                            By: */s/Jason Kotzker*
                            Jason Kotzker
                            jason@klgip.com
                            KOTZKER LAW GROUP
                            9609 S. University Blvd., #632134
                            Highlands Ranch, CO 80163
                            Phone: 303-875-5386
                            *Attorney for Plaintiff*