IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   13-cv-2385–WYD-MEH | Date:   August 11, 2014 |
| Courtroom Deputy: Molly Davenport | **FTR – Courtroom A501** |

MALIBU MEDIA L L C                              Jason Kotzer
    Plaintiff,

vs.

MIKE CUDDY                                           Carolyn Smith Lindvig
    Defendant.

### COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session: 10:04 a.m.**
Court calls case.   Appearance of counsel.
Discussion held regarding the Motion to Compel [rec doc 43]

**ORDERED:**

Motion to Compel is GRANTED IN PART AND DENIED IN PART**.**

The plaintiff may search for protected works and for sophisticated wiping efforts.

The plaintiff is to bear the cost of copying the hard drive.

The defendant can take the deposition of the plaintiff's expert witness (via telephone/video) regarding concerns of discovery parameters.

Parties are to agree on a Protective Order prior to the defendant's hard drive being cloned or reviewed.

Status conference is set for **October 14, 2014 at 10:30 a.m.**   The parties may appear in person or by telephone.

**Court in recess: 10:32 a.m.**
**Hearing concluded.**
**Total time in court:**   28 minutes

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.