IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02385-WYD-MEH

MALIBU MEDIA, LLC,

 Plaintiff,

v.

MIKE CUDDY,

 Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 30, 2014.**

 Before the Court are Plaintiff's Renewed Motion to Compel Production of Defendant's Hard Drives and Incorporated Memorandum of Law [docket #60] and Plaintiff's Motion for Entry of a Protective Order Regarding Production of Defendant's Hard Drives [Docket #61]. Counsel for the parties are directed to appear before the Court for a hearing regarding the motions on **January 14, 2015** at **11:00 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

 Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).