IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-02385-WYD-MEH | Date: | January 14, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

| *Parties:* | *Counsel:* |
|---|---|
| MALIBU MEDIA, LLC | Jason Kotzker |
| Plaintiffs, | |
| v. | |
| MIKE CUDDY | Carolyn Lindvig |
| Defendant. | |

### COURTROOM MINUTES

**MOTION HEARING**

**2:06 p.m.    Court in session.**

Court calls case. Appearances of counsel.

**ORDERED**:

[60] Renewed MOTION to Compel *Production of Defendant's Hard Drives and Incorporated Memorandum of Law* is GRANTED IN PART AND DENIED IN PART.

[61] MOTION for Protective Order is GRANTED IN PART AND DENIED IN PART.

The computer search is to be conducted as proposed by counsel for the plaintiff in the manner to which his expert is accustomed *with the exception of the preview function at this time*. The results/report is to be furnished to counsel for the defendant and the Court at the same time. Counsel is to review the results and advise the Court of objections.

The only issue left is to determine if Mr. Kotzker's expert will be allowed to use the preview function to narrow the possible list of files.

Experts should confer and report back to their respective employers so that counsel can report to the Court on or before January 26, 2015 regarding specific terms of the proposed Protective Order.

IT IS FURTHER ORDERED that all deadlines in this case are VACATED.

**2:57 p.m.        Court in recess.**

Hearing concluded.
Total in-court time    00:44

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.