IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02385-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

MIKE CUDDY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 23, 2015.**

    The Joint Motion for Entry of Imaging Only Protective Order [filed January 21, 2015; docket #71] is **granted**. Counsel shall submit a copy of the proposed protective order, in useable format (Word or Word Perfect), to my Chambers at hegarty_chambers@cod.uscourts.gov.