**MINUTE ENTRY FOR SETTLEMENT**

TO: Docketing

FROM: Magistrate Judge Michael E. Hegarty

DATE: October 8, 2015

RE: *Malibu Media, LLC v. Mike Cuddy*, **13-cv-02385-WYD-MEH**

      ___    Settlement negotiations were held on this date, and no settlement has been reached as to any claims in this action.

   X   Settlement negotiations were held on this date, and the case has been resolved.

      X   The parties shall submit dismissal papers on or before October 31, 2015.

Settlement conference and preparation time involved: 5 hours 15 minutes.

  X  A record was made      ___  No record was made

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

  ___  Supplemental settlement negotiations were held in the above-captioned case, including an in-person conference at the Court, since the initial conference.

Negotiation time involved: ___ hours ___ minutes.