IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-2385-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

MIKE CUDDY,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THIS MATTER is before the Court on the Parties' Stipulation for Dismissal With Prejudice (ECF No. 92), filed on December 17, 2015.  The parties have settled all issues in the case, and each agrees to pay its own attorney fees and costs. The Plaintiff voluntarily dismisses the action against the Defendant with prejudice.  Accordingly, it is

ORDERED that this action is **DISMISSED WITH PREJUDICE** against Defendant Mike Cuddy.  The Clerk of the Court is directed to close this case.

Dated: January 12, 2016.

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior United States District Judge